IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-17080 |
| | ) | |
| Jennifer Lynn Edmiston, | ) | Judge Arthur I. Harris |
| | ) | |
| Debtor. | ) | Chapter 7 Case |

**MOTION FOR ORDER DIRECTING DEBTOR TO
TURN OVER PROPERTY OF THE ESTATE**

David O. Simon, trustee herein, respectfully moves the Court for the entry of an Order directing the debtor to turn over property of the estate and, in support of this motion, states as follows:

1. This case was commenced by the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 7, 2013.

2. At the time of the commencement of this bankruptcy case the debtor had non-exempt funds on deposit in her various checking & savings accounts in the aggregate amount of $1,076.00.

3. The non-exempt funds on deposit are property of this estate pursuant to the provisions of §541 of the Bankruptcy Code and are subject to turnover pursuant to the provisions of §542 of the Bankruptcy Code.

WHEREFORE, your trustee prays that this motion be granted and that the debtor be directed to turn over to the trustee the amount of $1,076.00 representing her non-exempt funds on deposit.

/s/ David O. Simon
David O. Simon, Trustee
1370 Ontario Street, Suite 450
Cleveland, OH 44113-1744
(216) 621-6201; Fax (216) 575-1405
david@simonlpa.com

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the foregoing Motion for Order Directing Debtor to Turn Over Property of the Estate was electronically served upon Antoinette E. Freeburg, Esq. , attorney for debtor, at freeburglaw@roadrunner.com and sent by regular U.S. Mail this 27th day of January, 2014 to:

Jennifer Lynn Edminston
2940 Antioch Road
Perry, OH 44081

/s/ David O. Simon
DAVID O. SIMON